UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| KIMBERELY ANN DEROCHE, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | 1:10-cv-00137-JAW |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on April 26, 2011 her Recommended Decision (Docket # 12). The Plaintiff filed her objections to the Recommended Decision on May 9, 2011 (Docket # 13) and the Defendant filed his response to those objections on May 10, 2011 (Docket # 14). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of May, 2011